FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 22 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERNEST LEE COX, JR., | No. 08-16252 |
| Plaintiff - Appellant, | D.C. No. 5:03-cv-03961-JW |
| v. | |
| GREGORY HARRIS; et al., | MEMORANDUM [*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
James Ware, District Judge, Presiding

Submitted January 11, 2010 [**]

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

Ernest Lee Cox, Jr., a California state prisoner, appeals pro se from the

district court's judgment dismissing as untimely his 42 U.S.C. § 1983 action

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

JK/Research

alleging deliberate indifference to his safety.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.  *Canatella v. Van De Kamp*, 486 F.3d 1128, 1132 (9th Cir. 2007).  We affirm.

The district court properly dismissed the action as time-barred because Cox filed suit after the applicable statute of limitations and statutory tolling period had expired.  *See id.* at 1132-33 (explaining that a one-year statute of limitations applies to any cause of action that was more than one-year old as of January 1, 2003).  Moreover, Cox was not eligible for equitable tolling under California's tolling provisions.  *See Cervantes v. City of San Diego*, 5 F.3d 1273, 1275 (9th Cir. 1993) (setting forth applicable tolling criteria).

Cox's remaining contentions are unpersuasive.

**AFFIRMED.**